# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br> Plaintiff(s), <br> v. <br> NATHAN SILAVONG, et al., <br> Defendant(s). | Case No. 2:16-cv-02799-JCM-NJK <br><br> **REPORT AND RECOMMENDATION** |

Concurrently herewith, the undersigned is recommending that all Defendants other than Nathan Silavong be severed and dismissed. Defendants Jose Leyva and Brigida Pastrana have brought a motion to dismiss or sever on the same grounds. Docket No. 24. Accordingly, the undersigned **RECOMMENDS** that the motion to dismiss be **DENIED** as moot.

IT IS SO ORDERED

Dated: June 13, 2017

 _____
NANCY J. KOPPE
United States Magistrate Judge

NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the

specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).